## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Roderick James Jones                    CHAPTER 13
       Debra Larane Jones
          Debtor(s)                    BKY. NO. 25-10143 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

               Respectfully submitted,

/s/ 
Denise Carlon
03 Apr 2025, 14:59:13, EDT

Denise Carlon, Esq. (317226)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: e29f880ccd1650076af1714c9073a107d89405d3acbf39acd7b3907d6108c5bf